IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE EIDEN,<br><br>          Plaintiff,<br><br>    v.<br><br>TODD ALAN BARNES, d/b/a Gold City Grill; GAIL JAN BARNES, d/b/a Gold City Grill; JACQUELINE RAE BYRNE, Trustee of the Caslyn Louis Schwein Testamentary Trust,<br><br>          Defendants. | 2:08-cv-00449-GEB-DAD<br><br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On March 16, 2009, Plaintiff filed a Notice of Settlement in which he states this action has been settled. Plaintiff states "[t]he parties anticipate filing a Stipulation of Dismissal within four weeks." Therefore, a dispositional document shall be filed no later than April 15, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date

///

1

prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: March 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge